NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

12-702

STATE OF LOUISIANA

VERSUS

CHARLES J. DOYLE A/K/A JOEY DOYLE

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 13734-11
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Phyllis M. Keaty, Judges.

APPEAL DISMISSED.

John Foster DeRosier
District Attorney - 14th Judicial District Court
Carla Sue Sigler
Assistant District Attorney - 14th Judicial District Court
P. O. Box 3206
Lake Charles, LA 70602-3206
Telephone:  (337) 437-3400
COUNSEL FOR:
    Plaintiff/Appellee - State of Louisiana

Edward John Marquet
Louisiana Appellate Project
P. O. Box 53733
Lafayette, LA 70505-3733
Telephone:  (337) 237-6841
COUNSEL FOR:
    Defendant/Appellant - Charles J. Doyle

**Charles J. Doyle**
**Allen Correctional Center**
**3751 Lauderdale Woodyard Road**
**Kinder, LA 70648**

**THIBODEAUX, Chief Judge.**

Defendant, Charles Doyle, was charged under district court docket number 13734-11 for aggravated flight from an officer; however, those charges were dismissed and reinstated under docket number 40242-11. Defendant filed this "Motion and Order to Appeal" under docket number 13734-11. Since there is no conviction and subsequent sentence to review on appeal, the matter in docket number 13734-11 is not properly before this court. This appeal is dismissed.

**APPEAL DISMISSED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. RULE 2-16.3, UNIFORM RULES—COURTS OF APPEAL.